Form DEFAMD7 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Susan Jane Mekula**<br>4777 W Red Pine Trl<br>Empire, MI 49630<br>SSN: xxx–xx–5128<br><br>**Debtor** | **Case Number 14–01991–jrh**<br><br>**Chapter 7**<br><br>**Honorable Jeffrey R. Hughes** |

# CHAPTER 7 NOTICE OF FILING(S) DUE

A petition was filed in the above−referenced case on 3/24/14 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Asset Protection Report due 4/7/2014.

Local Rule 5005−2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties.



Daniel M. LaVille
Clerk of Court

**Dated:** March 25, 2014