Form OSTRK1 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Susan Jane Mekula**<br>4777 W Red Pine Trl<br>Empire, MI 49630<br>SSN: xxx–xx–5128<br><br>**Debtor** | **Case Number 14–01991–jrh**<br><br>**Chapter 7**<br><br>**Honorable Jeffrey R. Hughes** |

# NOTICE OF DEFECTIVE ENTRY OR FILING

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following document(s) presented for filing is(are) deemed defective:

Document Number: 6

Description of Document: Asset Protection Report

Reason for Defect: Case number is missing

NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov



Daniel M. LaVille
Clerk of Court

**Dated:** March 26, 2014