08/12

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN**

In re:  Case No. 14-01991

**Susan Jane Mekula**  Chapter 7

Debtor(s). /

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| **INSURABLE ASSET** (from schedules) | **IS ASSET INSURED?** (Yes/No) | **NAME & ADDRESS OF AGENT OR INSURANCE CO.** | **POLICY EXPIRATION DATE** (MM/YYYY) | **WILL DEBTOR RENEW INSURANCE ON EXPIRATION?** (Yes/No) |
|---|---|---|---|---|
| **Location: 4777 W Red Pine Trl, Empire MI 49630** | Yes | Thomas John Halonen<br>Farmers Insurance Group<br>2000 Grand RIver<br>Annex #400<br>Brighton MI 48114 | 2/10/2015 | Yes |
| **7992 West Lovejoy Road, Perry MI 48872** | Yes | Thomas John Halonen<br>Farmers Insurance Group<br>2000 Grand RIver<br>Annex #400<br>Brighton MI 48114 | **2/10/15** | Yes |
| **Usual household good - no single item valued over $500.00** | No | | | |
| **1/3interest in inherited item: circa 1980 Baldwin Upright piano** | No | | | |
| **Books, pictures, household goods/décor** | No | | | |
| **2013 Ford Focus, nnn,nnn miles, excellent condition** | Yes | Thomas John Halonen<br>Farmers Insurance Group<br>2000 Grand RIver<br>Annex #400<br>Brighton MI 48114 | **715/2014** | Yes |
| **Mac laptop** | | | | |

08/12

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐  No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: 3/15/2014

/s/ Susan Jane Mekula

**Susan Jane Mekula**
Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors