Certificate Number: 17082-MIW-DE-023122048

Bankruptcy Case Number: 14-01991



17082-MIW-DE-023122048

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 3, 2014</u>, at <u>7:02</u> o'clock <u>AM MST</u>, <u>SUSAN J MEKULA</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Michigan</u>.

Date:   <u>April 3, 2014</u>            By:   <u>/s/Orsolya K Lazar</u>

                                                    Name:   <u>Orsolya K Lazar</u>

                                                    Title:   <u>Executive Director</u>