UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Hon. James W. Boyd |
| SUSAN JANE MEKULA, | Case No. 14-01991-JB |
| Debtor. | Chapter 7 |

_____/
Kelly M. Hagan (P60967)
Chapter 7 Trustee
Hagan Law Offices, PLC
P.O. Box 6844
Traverse City, MI 49696
(231) 938-7095
kelly@haganlawoffices.com
_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, copies of the *Order Granting Motion for Approval of Stipulation for Settlement Between Trustee and Debtor Regarding Non-Exempt Property* were served upon the following parties, either electronically or by depositing said copies in the U.S. Mail, first class postage prepaid:

| | |
|---|---|
| Office of the U.S. Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Ste. 202R<br>Grand Rapids, MI 49503 | Susan Jane Mekula<br>4777 W. Red Pine Trail<br>Empire, MI 49630 |
| John Robert Keyes<br>Robert Keyes Law, PLLC<br>300 North Huron St.<br>Ypsilanti, MI 48197 | |

| | |
|---|---|
| Dated:  July 23, 2014 | /s/ Kelly M. Hagan_____<br>Kelly M. Hagan (P60967)<br>Hagan Law Offices, PLC<br>P.O. Box 6844<br>Traverse City, MI 49696<br>(231) 938-7095<br>kelly@haganlawoffices.com |