UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                                          Hon. James W. Boyd

SUSAN JANE MEKULA,                                               Case No. 14-01991

                                                                                        Chapter 7
             Debtor.
_____/

**TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY
PURSUANT TO 11 U.S.C. § 363(b)**

Kelly M. Hagan, attorney for the duly-appointed chapter 7 trustee in this case ("the Trustee"), for the *Trustee's Notice of Intent to Sell Property Pursuant to 11 U.S.C. § 363(b)*, states as follows:

1. Debtor Susan Jane Mekula ("Debtor") filed this case under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* on March 24, 2014.

2. Property of the bankruptcy estate includes the rights of redemption for the property commonly known as 7992 Lovejoy Rd., Perry, Michigan 48872.

3. The rights of redemption were created by the Sheriff's Deed given in favor to West Michigan Asset Management, LLC on June 25, 2014.

4. Upon information and belief, the debtor attempted to sell the rights of redemption to a third-party. Trustee is currently investigating this transfer.

5. The Trustee intends to sell the rights of redemption to West Michigan Asset Management, LLC ("Buyer") for $2,500. Buyer is aware of the debtor's attempted sale of redemption rights.

**TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY
PURSUANT TO 11 U.S.C. § 363(b)** –Page 1

6.   The Trustee believes that the sale will provide a dividend to creditors and is in the best interests of the estate.

7.   This sale shall be conducted pursuant to 11 U.S.C. § 363(b), and the rights of redemption shall be sold subject to any interests, liens and encumbrances.

8.   The Trustee is not aware of any other interests, liens or encumbrances in or on the rights or redemption.

9.   The property shall be sold "AS IS, WHERE IS," without representation or warranty, expressed or implied, of any kind, nature or description, including, without limitation, any warranty of title or of merchantability, usability, or of fitness for any particular purpose.

10.   The sale proceeds will be paid to the bankruptcy estate and retained by the Trustee until further order of the Bankruptcy Court.

11.   Any person who desires additional information may contact Kelly M. Hagan, Trustee at (231) 938-7095.

Dated: August 13, 2014

/s/ Kelly M. Hagan
Kelly M. Hagan (P60967)
Attorney for Chapter 7 Trustee
Hagan Law Offices, PLC
P.O. Box 6844
Traverse City, MI 49696
(231) 938-7095
kelly@haganlawoffices.com

Date Served:   August 13, 2014

**TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY**
**PURSUANT TO 11 U.S.C. § 363(b)** –Page 2