UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                  Hon. James W. Boyd

SUSAN JANE MEKULA,                                      Case No. 14-01991

               Debtor.                              Chapter 7
_____/

### NOTICE OF RIGHT TO DEMAND HEARING, ABANDONMENT OF PROPERTY, AND ORDER DISALLOWING SECURED CLAIMS RE: REAL PROPERTY

      The undersigned trustee intends to abandon the following asset of the estate which is burdensome or of inconsequential value to the estate: the real property located at 4777 W. Pine Trail, Empire, Michigan, which is more fully described in Exhibit A.

      The settlement proceeds in the amount of $5,850, payable by Debtor to the Trustee pursuant to the *Order Granting Motion for Approval of Stipulation for Settlement Between Trustee and Debtor Regarding Non-Exempt Property*, are specifically excluded from this abandonment.

      IN ACCORDANCE with 11 U.S.C. § 554, the property will be deemed abandoned on the fifteenth (15th) day after the date of service shown below, unless a written objection to said abandonment and request for hearing thereon is filed with the U.S. Bankruptcy Court, Western District of Michigan, One Division Ave., N.W., Room 200, Grand Rapids, Michigan, 49503, prior to said date. In the event such an objection and request for hearing is filed, a date and place of hearing will be set and further notice given to interested parties.

      IT IS REQUESTED that a copy of this notice be served upon all parties in interest listed in the court records of this case.

Dated: August 19, 2014                                  /s/ Kelly M. Hagan
                                                                        Kelly M. Hagan (P60967)
                                                                        Hagan Law Offices, PLC
                                                                        P.O. Box 6844
                                                                        Traverse City, MI 49696
                                                                        (231) 938-7095
                                                                        kelly@haganlawoffices.com

      IT IS HEREBY ORDERED that if no objection to the abandonment is filed as provided above, without further order of this court, the property will be deemed abandoned and any secured claim now filed claiming a security interest in the above property will be deemed disallowed because of the abandonment. Such secured creditors will have thirty (30) days from the date of service indicated below to file a proof of claim as an unsecured creditor, provided such creditor is entitled to assert a claim for the unpaid balance following repossession of the security, or such creditor may file its estimated deficiency claim within the aforesaid time subject to amendment prior to closing of the estate showing exact deficiency balance due.

Dated:   AUG 22 2014                                   _____
                                                                                                     Clerk

Served upon all creditors and interested parties listed on case matrix.

Date served: _____